**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>   Christopher T. Swift<br>   Marcia A. Swift<br><br>Debtor(s) | Case No.: 07 B 12787<br><br>Chapter: 13<br><br>Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
   Christopher T. Swift, Marcia A. Swift, Debtor(s), P.O. Box 1121, Batavia, IL 60510
   Janet L. Watson, Attorney for Debtor(s), 330 S Naperville Road Suite 400, Wheaton, IL 60187

   You are hereby notified that GMAC MORTGAGE CORPORATION has made post-petition advances of $275.00 (for review of Debtor's Chapter 13 Plan, Petition and Schedules, Preparation and filing of Proof of Claim. Attending or monitoring Sect. 341 Creditors Meeting and Plan Confirmation Hearing, if necessary to protect client's interest) in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage. Debtor also remains due for any post-petition mortgage payments not yet made.

   Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/12/08, GMAC MORTGAGE CORPORATION's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on April 11, 2008.

   /s/ Jose Moreno
   Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-07-E342)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.